United States District Court
Southern District of Texas
**ENTERED**
June 03, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RASHID HAMSAYEH, Individually and for Others Similarly Situated,<br>v.<br><br>PSRG, INC. | Case No. 4:20-cv-03243 |

## ORDER

Before the Court is an agreed motion requesting approval of the Parties' settlement agreement. After reviewing the Parties' motion and supporting papers, including the Parties' agreement, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further

**ORDERED** that the Parties' settlement agreement is **APPROVED** as a fair and reasonable resolution of the Parties' bona fide dispute under the Fair Labor Standards Act.

**ORDERED** that this case and all claims asserted by all Plaintiff are **DISMISSED**.

SIGNED this __3rd__ day of __June 2021__.

_____
UNITED STATES DISTRICT JUDGE